IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02175-GPG

DELMART E.J.M. VREELAND, II,

    Applicant,

v.

LOU ARCHULETA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be assigned to District Judge Philip A. Brimmer and to Magistrate Judge Kathleen M. Tafoya. *See* D.C.COLO.LCivR 40.1(c)(1). Accordingly, it is

ORDERED that this case shall be assigned to District Judge Philip A. Brimmer and to Magistrate Judge Kathleen M. Tafoya.

DATED June 12, 2015, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

United States Magistrate Judge