IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02175-PAB

DELMART E.J.M. VREELAND, II,

    Applicant,

v.

DAVID ZUPAN, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on the Motion to Withdraw [Docket No. 80], wherein counsel for Mr. Vreeland seek to withdraw.  Applicant filed a pro se Notice of Appeal in the Tenth Circuit on December 29, 2016.  Movants have also filed a motion to withdraw in Applicant's appeal.  This Court no longer has jurisdiction over the case.  Wherefore, it is

    **ORDERED** that the Motion to Withdraw [Docket No. 80] is denied for lack of jurisdiction.

    DATED January 10, 2017.